No. 280. SUBIN ET AL., TRADING AS ARCADIA HOSIERY CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 14, 1940. Petition for writ of certiorari to the Cir-

674

cuit Court of Appeals for the Third Circuit denied. *Messrs. Charles L. Guerin* and *Thomas F. Gain* for petitioners. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.